UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Patricia Mayer
                                            Plaintiff,
v.                                          Case No.: 1:23−cv−03132
                                            Honorable Mary M. Rowland
Midwest Physician Administrative Services,
LLC
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2023:

MINUTE entry before the Honorable Mary M. Rowland: Defendant's consent motion to extend time to respond to the complaint [7] is granted. The time for Defendant to file a responsible pleading is extended until fourteen (14) days after the final resolution of plaintiff's motion to remand. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.