# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA MAYER, *individually and on behalf of all others similarly situated*,<br><br>            Plaintiff,<br>     v.<br><br>MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC, d/b/a DULY HEALTH AND CARE,<br><br>            Defendant. | Case No. 1:23-cv-03132 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN PLAINTIFF'S MOTION TO REMAND

Plaintiff, by and through her counsel, hereby respectfully moves this Honorable Court to allow her to exceed this Court's limit of fifteen (15) double-spaced pages for Plaintiff's Motion to Remand ("Motion"). In support of this Motion, Plaintiff states as follows:

1. Plaintiff will file her Motion on June 16, 2023, contemporaneously with the instant Motion.

2. Local Rule 7.1 provides that briefs in support of any motion shall not exceed fifteen (15) pages without the Court's approval. *See* N.D. Ill. L.R. 7.1.

3. Plaintiff's Motion will detail the relevant facts of this case, will address the applicable legal standards, and will set forth her arguments in support of remanding this case to the Circuit Court of Cook County.

4. Plaintiff has diligently attempted to keep her Motion within fifteen (15) pages, but in light of the volume of evidence and legal arguments required to thoroughly present Plaintiff's Motion, she could not reasonably comply with Local Rule 7.1. Granting of this Motion will enable Plaintiff to sufficiently articulate her arguments in support of her Motion to Remand. Thus,

Plaintiff respectfully requests that she be permitted to exceed the page limit by four pages to enable her to submit nineteen (19) page Motion.

5.      Plaintiff's counsel conferred with Defendant's counsel, who do not oppose this Motion.

Wherefore, Plaintiff Patricia Mayer respectfully request an Order granting her leave to exceed the page limit by four pages and submit her nineteen-page Motion, filed contemporaneously with the instant Motion.

Dated: June 16, 2023                    Respectfully submitted,

/s/ James B. Zouras

**ALMEIDA LAW GROUP, LLC**
Firm ID 100530
David S. Almeida (ARDC 6285557)
Elena A. Belov (*Pro Hac Vice* forthcoming)
849 W. Webster Avenue
Chicago, Illinois 60614
(312)576-3024 (phone)
david@almeidalawgroup.com
elena@almeidalawgroup.com

**STEPHAN ZOURAS, LLP**
James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
Michael Casas
222 W. Adams St, Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 f
jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com
mcasas@stephanzouras.com

**CERTIFICATE OF SERVICE**

    I, the attorney, hereby certify that on June 16, 2023, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                                    */s/ James B. Zouras*