IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA MAYER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC d/b/a DULY HEALTH AND CARE,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-3132<br><br>**Judge Mary M. Rowland** |

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO REMAND AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Patricia Mayer, by and through undersigned counsel, hereby withdraws her Motion to Remand [Dkt. 12]. Plaintiffs have met and conferred with Defendant Midwest Physician Administrative Services, LLC d/b/a Duly Health and Care and this Motion is unopposed.

Plaintiff further seeks leave to file a first amended complaint. Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, no responsive pleading has been filed and Plaintiff has not used her amendment as a matter of course. However, given that the Motion to Remand is pending, Plaintiff respectfully moves this Court for leave to amend the Complaint initially filed in state court on May 18, 2023.

Wherefore, Plaintiff respectfully requests that this Court grant this Motion to Withdraw the Motion to Remand and provide 28 days by which to file her amended complaint.

Dated: February 1, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ James B. Zouras*

1

**S**TEPHAN **Z**OURAS**, LLP**
James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
Michael Casas
222 W. Adams St, Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560 f

**A**LMEIDA **L**AW **G**ROUP**, LLC**
David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
849 W. Webster Avenue
Chicago, Illinois 60614
(312) 576-3024 (phone)
Firm ID 100530

3

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on February 1, 2024, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                              */s/ James B. Zouras*