IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA MAYER, CATHERINE MASSARELLI and MARY MURPHY**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC d/b/a DULY HEALTH AND CARE,**<br><br>Defendant. | Case No. 1:23-cv-3132<br><br>The Honorable Mary M. Rowland |

**DEFENDANT MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Midwest Physician Administrative Services, LLC d/b/a Duly Health and Care (Duly) respectfully moves the Court to dismiss plaintiffs' amended complaint with prejudice under Rule 12(b)(6) of the Federal Civil Rules for failure to state a claim upon which relief can be granted. Duly is submitting a memorandum in support of this motion contemporaneously with this motion filing, explaining further grounds for the motion, which is incorporated by reference herein. Counsel for Duly is further available for oral argument to address the issues raised by this Rule 12(b)(6) motion at the convenience of the Court.

| | |
|---|---|
| Dated: April 1, 2024 | Respectfully submitted,<br><br>By: */s/ David Carney*<br>*Counsel for defendant Duly Health and Care* |
| Bonnie Keane DelGobbo<br>bdelgobbo@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>One North Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Telephone: (312) 416-6200 | David Carney<br>dcarney@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>Telephone: (216) 861-7634 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 1, 2024, a true and correct copy of the foregoing *Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint* was served on counsel of record via the Court's electronic filing system.

> */s/ David Carney*
> *One of the attorneys for defendant Duly Health and Care*