IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA MAYER, CATHERINE MASSARELLI, and MARY MURPHY, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC d/b/a DULY HEALTH AND CARE, <br><br> Defendant. | Case No. 1:23-cv-03132 <br><br> The Honorable April M. Perry <br> United States District Court Judge <br><br> The Honorable Jeannice W. Appenteng <br> United States District Court Magistrate Judge |

**JOINT MOTION TO STAY DISCOVERY PENDING MEDIATION**

On April 15, 2025, the parties filed a joint status report with Judge Perry, noting that the parties were discussing potential mediation. (Dkt. # 60 at 3-4 & 6.) That same day, Judge Perry referred this case to this Court, "for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference if requested by the parties." (Dkt. # 61; *see also* Dkt. # 62 (*Order referring*).)

Since then, the parties have further discussed and have now scheduled a mediation with Bruce Friedman, Esq. of JAMS Mediation, Arbitration & ADR Services, which is to take place on Wednesday, June 18, 2025. Accordingly, the parties respectfully move this Court to vacate and to stay all pending deadlines from the Court's initial April 16, 2025 docket entry. (*See* Dkt. # 63.)

The parties submit that a stay is appropriate because the mediation will involve—and has the potential to resolve—the entirety of Plaintiffs' remaining claims in the case. *See, e.g.*, *Triteq Lock & Sec. LLC v. Innovative Secured Sols., LLC*, 2011 WL 320303, at *1 (N.D. Ill. July 21, 2011) (noting that "the parties advised the Magistrate Judge that they had retained a mediator to

facilitate settlement discussions and the Magistrate Juge stayed discovery on that day"); *Evolve Biosystems, Inc. v. Abbot Lab's*, 2024 WL 3549533, at *2 (N.D. Ill. Mar. 12, 2024) (explaining "the Court stayed this case while the parties pursued a private mediation"); *Sawyer v. Vivint, Inc.*, 2015 WL 3420615, at *1 (N.D. Ill. May 28, 2015) ("On December 5, 2014, the parties filed a joint motion to stay this action pending mediation. The Court granted that motion on December 14, 2014, staying the action until April 15, 2015."); *Charvat v. Valente*, 2019 WL 5576932, at *1 (N.D. Ill. Oct. 28, 2019) (holding "the parties requested and were granted a stay of the proceedings to permit them to participate in a private settlement mediation").

The Court's initial scheduling order contemplates a close of fact discovery on October 24, 2025. (Dkt. # 63.) The parties are exchanging discovery in preparation for the June 18 mediation and do not anticipate having to move that October 24 date, even assuming the mediation is unsuccessful at reaching a resolution.

Accordingly, the parties respectfully request that the Court vacate and stay all pending deadlines for the June 18, 2025 mediation with Mr. Friedman. The parties propose that they file a status report on or before Wednesday, June 25, 2025 apprising the Court as to the outcome of the mediation. If the parties are not able to reach a settlement in principle, they will jointly submit a proposed scheduling order to the Court, working off the October 24, 2025 fact discovery date.

Dated: May 21, 2025                          Respectfully submitted,

/s/ David Carney                             /s/ David Almeida
David A. Carney                              David. S Almeida
**BAKER & HOSTETLER LLP**                    **ALMEIDA LAW GROUP LLC**
127 Public Square, Suite 2000                849 W. Webster Avenue
Cleveland, Ohio 44114                        Chicago, Illinois 60614
Tel: (216) 621-0200                          Tel: (312) 576-3024
dcarney@bakerlaw.com                         david@almeidalawgroup.com

*Counsel for Midwest Physician*              *Counsel for Plaintiffs*
*Administrative Services, LLC*               *& the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 21, 2025, a copy of the foregoing *Joint Motion to Stay Discovery Pending Mediation* was electronically filed with the Court. Notice of the filing will be served on counsel of record through the ECF system.

*/s/ David Carney*
*One of the attorneys for Midwest*
*Physician Administrative Services, LLC*
