# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PATRICIA MAYER, CATHERINE MASSARELLI, and MARY MURPHY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST PHYSICIAN ADMINISTRATIVE SERVICES, LLC d/b/a DULY HEALTH AND CARE,<br><br>Defendant. | Case No. 1:23-cv-03132 |

## JOINT DECLARATION OF COUNSEL

David S. Almeida and James B. Zouras hereby jointly declare as follows:

1.      I, David S. Almeida, am an attorney admitted and licensed to practice law before the courts of the states of Illinois, New York, and Wisconsin. I am the Founder and Managing Partner of the Almeida Law Group LLC ("ALG"), a class action litigation boutique specializing in data privacy and consumer fraud cases. I serve as co-counsel of record for Plaintiffs in the above-captioned case.

2.      I, James B. Zouras, am an attorney admitted and licensed to practice law before the courts of the states of Illinois and admitted to the Trial Bar of the of the United States District Court for the Northern District of Illinois.   I am one of the founders of Stephan Zouras, LLC, a class action law firm which, throughout its 18+ year history, has concentrated in representing people in high stakes class actions involving data privacy, cybersecurity rights, biometric privacy, wage and hour litigation and consumer fraud.

3.      We are Class Counsel under the proposed Settlement with Midwest Physician Administrative Services, LLC d/b/a Duly Health and Care ("Defendant") being presented to the

Court for Preliminary Approval. We submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement ("Preliminary Approval Motion"). We have personal knowledge of the facts set forth herein and could testify competently as to them if called upon to do so.

4.      Filed concurrently as **Exhibit 1** to the Preliminary Approval Motion is a true and correct copy of the Class Action Settlement Agreement entered into by Plaintiffs, on behalf of themselves and the proposed Settlement Class, and Defendant.[1] The following exhibits are attached to the Settlement Agreement:

- **Exhibit A**: Short Form Notice

- **Exhibit B:** Long Form Notice

- **Exhibit C**: Claim Form

- **Exhibit D**: Proposed Preliminary Approval Order.

### BACKGROUND & PROCEDURAL HISTORY

5.      This Litigation arises out of Plaintiffs' claims that Defendant disclosed Plaintiffs' and Class Members' personal data to Meta/Facebook through Duly's implementation of the Facebook Pixel and the Facebook Conversions Application Programming Interface on its Web Properties.

6.      On April 10, 2023, Plaintiffs commenced this putative class action lawsuit by filing a complaint in the Circuit Court of Cook County, Illinois County Department, Chancery Division, asserting causes of action for (1) violation of the Illinois Eavesdropping Statute; (2) violation of the Illinois Consumer Fraud and Deceptive Business Practices Act; (3) violation of the Illinois

---

[1]      Unless otherwise indicated, capitalized terms herein refer to and have the same meaning as in the Settlement Agreement.

Uniform Deceptive Trade Practices Act; (4) breach of confidence; (5) invasion of privacy intrusion upon seclusion; and (6) breach of implied contract.

7.      On May 18, 2023, Defendant removed the state court case to the United States District Court for the Northern District of Illinois captioned *Mayer v. Midwest Physician Administrative Services, LLC*, which was assigned case number 1:23-cv-03132. Plaintiffs subsequently amended their complaint on March 1, 2024.

8.      On April 1, 2024, Defendant filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). On April 30, 2024, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss. On May 15, 2024, Defendant filed its Reply.

9.      On March 31, 2025, Judge Perry issued a Memorandum and Opinion and Order granting in part and denying in part Defendant's Motion to Dismiss. The Court denied Defendant's motion with respect to Plaintiffs' claims for violation of the Electronic Communications Privacy Act and negligence.

10.     Thereafter, the case was referred to the Honorable Jeannice W. Appenteng for discovery supervision.

11.     Before formal discovery commenced, the Parties engaged in informal settlement discussions and ultimately agreed to mediate before the Hon. Morton Denlow (Ret.) in June 2025. As a result, Judge Appenteng granted the Parties joint motion to stay discovery pending mediation on May 22, 2025

12.     On June 18, 2025, the Parties engaged in a full-day mediation before Hon. Morton Denlow (Ret.) but were unable to reach a settlement in principle.

13.     Over the next three months, the Parties continued to negotiate the terms of the settlement until an agreement in principle was reached on September 10, 2025.

14.     Subsequently, the Parties prepared and negotiated the Settlement Agreement, which was finalized and executed on or about November 13, 2025.

### PLAINTIFFS' & CLASS COUNSEL'S ROLE IN PROSECUTING THIS LITIGATION

15.     Plaintiffs and proposed Class Counsel zealously represented the interests of the proposed Settlement Class and committed substantial resources to the litigation and, ultimately, the resolution of the Settlement Class's claims.

16.     Before filing the Complaint, proposed Class Counsel undertook robust forensic investigation into the factual issues raised in this Litigation including examining the source code used by Defendant on its Website. Counsel also researched the applicable law to determine how the privacy claims applied to these facts and to anticipate and address Defendant's potential defenses.

17.     In addition, to prepare for filing of the initial Complaint, proposed Class Counsel gathered documents and other relevant information from Plaintiffs.

18.     Proposed Class Counsel have been involved in other data privacy litigation and have led numerous data tracking cases to favorable resolution.

19.     Class Counsel is experienced in the litigation, certification, trial, and settlement of nationwide class action cases. In negotiating this Settlement, proposed Class Counsel had the benefit of years of experience litigating data privacy class action cases.

20.     As detailed above, Plaintiffs prevailed on the Motion to Dismiss in part. In addition, leading up to the mediation, Class Counsel requested and reviewed relevant information via informal discovery. This enabled them to prepare for well-informed negotiations overseen by Hon. Morton Denlow (Ret.).

21.     Prior to mediation, Class Counsel prepared and provided a detailed mediation statement and proposed term sheet to Judge Denlow. Class Counsel approached the mediation fully informed of the merits of Settlement Class members' claims and negotiated the proposed Settlement while advancing the position of Plaintiffs and Settlement Class Members and being fully prepared to continue to litigate rather than accept a settlement that was not in the best interest of Plaintiffs and Settlement Class Members.

22.     Judge Denlow actively supervised and participated in the settlement discussions, presiding over arm's-length negotiations between capable and experienced class action counsel on both sides. Defendant vigorously denied the allegations.

23.     Our efforts on behalf of the proposed Settlement Class include (as noted in part above):

   a.   Conducting a thorough pre-suit investigation including a review of Defendant's source code and tracking technology;

   b.   Gathering, reviewing, and analyzing Plaintiffs' documents and relevant information;

   c.   Preparing a detailed complaint;

   d.   Analyzing legal arguments raised by Defendant;

   e.   Fully briefing a motion to remand;

   f.   Drafting an amended complaint;

   g.   Opposing a Motion to Dismiss the Amended Complaint filed by Defendant;

   h.   Requesting and reviewing informal discovery leading up to and during mediation;

   i.   Preparing the mediation statement (including, but not limited to, comprehensive research regarding any and all comparator settlements in similar pixel tracking cases);

   j.   Participating in mediation; and

k.  Achieving a very favorable Settlement on behalf of the Settlement Class.

24.  Plaintiffs have been actively engaged in this matter; they provided pertinent information to Class Counsel regarding their use of and interactions with Defendant's Web Properties as well as their alleged injuries stemming from Defendant's alleged use of Tracking Tools. They have stayed informed about the case, worked with counsel to prepare and review the complaints and other pleadings, and have communicated regularly with counsel throughout the case, up to and including evaluation and approval of the proposed Settlement.

<u>**CLASS COUNSEL EXPERIENCE & EXPERTISE**</u>

25.  Class Counsel are highly experienced in complex class action litigation including data privacy class actions and consumer class actions. Collectively, Class Counsel has secured hundreds of millions of dollars on behalf of consumers.

26.  Counsel for both Parties, as highly experienced trial attorneys and class counsel, are confident in the terms of the Settlement after expending a significant amount of time engaging in informed negotiations.

**<u>Almeida Law Group LLC</u>**

27.  David Almeida and ALG's attorneys have extensive experience in representing plaintiffs in data privacy and security class action lawsuits and consumer protection class action lawsuits in both state and federal courts. ALG's biography and experience is further detailed in the resume of ALG, attached hereto as **Exhibit A.**

**<u>Stephan Zouras LLC</u>**

28.     James B. Zouras and Stephan Zouras LLC attorneys have extensive experience in representing plaintiffs in data privacy and security class action lawsuits and consumer protection class action lawsuits in both state and federal courts. Stephan Zouras LLC biography and experience is further detailed in the resume of Stephan Zouras LLC, attached hereto as **Exhibit B.**

### THE SETTLEMENT

29.     Class Counsel ultimately participated in mediation, achieving a Settlement for the Settlement Class and negotiated a comprehensive Agreement, which includes a robust Notice Program, well-crafted Notices and Claim Form, and an easy-to-understand claims process.

30.     The Settlement provides for Defendant's commitment to establishing a non-reversionary cash Settlement Fund of $1,880,000.00.

31.     The Settlement Fund will pay: (a) Settlement Class Member benefits; (b) Claims Administration Costs; (c) Service Awards to Class Representatives awarded by the Court; and (d) any Attorneys' Costs, Expenses, and Fees awarded by the Court to Class Counsel.

32.     The Settlement Class consists of approximately 272,373 persons: All natural persons who logged into the authenticated portion of Duly's Website, https://www.dulyhealthandcare.com/, from July 24, 2020 to April 10, 2023.

33.     Thus, if preliminary approved, Kroll will issue notice to those 272,373 persons so they can be apprised of the terms of the Settlement and can either (i) submit a Claim Form to receive their pro rata share of the Net Settlement Fund (defined below), (ii) timely exclude themselves from the Settlement or (iii) file an objection to the Settlement in compliance with the procedures and requirements set forth in the Settlement Agreement.

34.     Class Counsel will seek Service Awards of up to $2,500 for each Plaintiff. The Service Awards will be paid from the Net Settlement Fund and will be in addition to the Settlement

Class Member benefits Plaintiffs will be entitled to receive. The award will compensate Plaintiffs for their time and effort and for all the risks they assumed in prosecuting the Litigation, including the time and effort they spent reviewing and approving the allegations in various pleadings and the terms of the Settlement.

35.     Class Counsel have not been paid for their extensive efforts or reimbursed for litigation costs and expenses incurred. Class Counsel have undertaken representation at their own expense, with compensation contingent on providing a benefit to Plaintiffs and the Settlement Class Members. Class Counsel are entitled to request attorneys' fees of up to one third of the Net Settlement Fund—defined as the Settlement Fund after deduction for (i) the Notice and Settlement Administration Costs incurred in the administration of the Settlement Fund; (ii) litigation expenses not to exceed $25,000; and (iii) Service Awards as approved and awarded by the Court. Such an award is subject to this Court's approval and will serve to compensate for the time, risk, and expense Plaintiffs' counsel incurred pursuing claims for the Settlement Class.

## RISKS OF CONTINUED LITIGATION

36.     Any settlement requires the parties to balance the merits of the claims and defenses asserted against the attendant risks of continued litigation and delay.

37.     Class Counsel believe the claims asserted are meritorious and that Plaintiffs would prevail if this Litigation proceeded to trial.

38.     Class Counsel are pragmatic of the risks and challenges of litigation, including uncertainties in litigating the case through class certification, summary judgment, and trial. In addition, Class Counsel are aware of the risks inherent from any appeal and subsequent proceedings following a successful trial verdict. Even if Plaintiffs and the Settlement Classes ultimately prevailed at trial, recovery could be delayed for years by an appeal.

39.     Each of these risks, by itself, could have impeded the successful prosecution of these claims at trial and an eventual appeal—resulting in zero benefit to the Settlement Class. Under the circumstances, Plaintiffs and Class Counsel appropriately determined the Settlement reached outweighs the risks of continued litigation.

40.     The claims and defenses in this Litigation are complex, as is clear by the record and other similar cases involving use of Facebook's Tracking Tools. There is no doubt that continued litigation here would be difficult, expensive, and time consuming.

41.     Given that Defendant denies liability, believes that it acted in good faith and in compliance with the law, and that it would prevail in opposing class certification and on the merits at trial, continued litigation would mean a long wait for Class Members, with no promise of recovery when the matter is finally concluded.

42.     The Settlement provides immediate and substantial benefits to Settlement Class Members. The proposed Settlement is the best vehicle for Settlement Class Members to receive the relief to which they are entitled in a prompt and efficient manner.

43.     Whether the Litigation would have been tried as a class action is also relevant in assessing the fairness of the Settlement. As the Court had not yet certified a class at the time the Agreement was executed, it is unclear whether certification would have been granted. This litigation activity would have required the Parties to expend significant resources.

44.     In Class Counsel's experience and informed judgment, the Settlement represents an excellent result by providing substantial monetary relief to Settlement Class Members without further delay, and considering the challenging and unpredictable path of litigation Plaintiffs would have faced absent a settlement.

### RECOMMENDATION OF COUNSEL

45.     Based on thorough examination and investigation of the facts and law relating to Plaintiffs' claims on behalf of the Settlement Class, including the information exchanged before and during mediation, we believe the proposed Settlement is in the best interest of the Settlement Class. Our extensive factual and legal investigation informed us about the strengths and weaknesses of Plaintiffs' claims as well as Defendant's potential defenses and allowed us to conduct an informed, fair, and objective evaluation of the value and risks of continued litigation.

46.     Class Counsel and Defendant's counsel are all attorneys who are familiar with class action litigation related to Tracking Tools; particularly experienced in the litigation, certification, trial, and settlement of class actions, including data privacy cases; and knowledgeable of the legal and factual issues at the center of this Litigation.

47.     We recognize that despite our belief in the strength of Plaintiffs' Claims and Plaintiffs' and the proposed Class's ability to secure a judgment and award of damages, the expense, duration, and complexity of protracted litigation would be substantial and the outcome uncertain.

48.     We are also mindful that absent the proposed Settlement, Defendant's defenses could deprive Plaintiffs and the proposed Settlement Class of any potential relief whatsoever. Defendant would continue to challenge liability, oppose class certification vigorously, and would prepare a competent defense at trial. Defendant could also appeal any adverse decision on the merits or challenge the award of statutory damages.

49.     The Parties did not discuss Attorneys' Fees or any Service Award until after agreeing on the material terms of the Settlement, including the Settlement Class definition, Settlement Class Benefits, and the Releases.

50.     The Settlement was reached in the absence of collusion, and is the product of good faith, informed, and arm's-length negotiations by competent counsel with the assistance of Judge Denlow at mediation. There are no additional agreements that require identification or examination under Rule 23(e)(3).

51.     Plaintiffs' counsel have zealously represented the Settlement Class and will continue to do so after Preliminary Approval and Final Approval.

52.     In our professional opinion, the relief provided by the proposed Settlement is fair, adequate, reasonable, and in the best interests of the Settlement Class, and we respectfully recommend it to the Court for its preliminary approval. Plaintiffs' Counsel have conferred with Plaintiffs, who also support the proposed Settlement.

## SETTLEMENT ADMINISTRATOR & NOTICE PROGRAM

53.     Plaintiffs' Counsel selected Kroll Settlement Administrator, LLC ("Kroll")[2] as the Settlement Administrator, based in part on its experience in similar class actions and a notice plan proposal that includes innovative, thoughtful and technologically sophisticated means of providing notice to Settlement Class Members, at a reasonable cost.

54.     In its role, Kroll will oversee the Notice Program. The Notice Program is designed to provide the best notice practicable and is tailored to take advantage of the information Defendant has about the Settlement Class.

55.     The Notice will clearly inform Settlement Class Members of the Settlements' substantive terms. It will advise Settlement Class Members of their options for remaining part of the Settlement Class, opting out of the Settlement; submitting Claim Forms, objecting to the

---

[2] The Settlement Agreement appoints "Kroll, LLC" as the Settlement Administrator. Kroll, LLC is the parent company of Kroll Settlement Administration, LLC. Kroll Settlement Administration is the actual Settlement Administrator in this case.

Settlement and/or the Application for Attorneys' Fees, Costs, and Service Awards; and how to obtain additional information about the Settlement.

56.    The Notice Program is designed to directly reach a very high percentage of Settlement Class Members with Postcard and Email Notices, with consideration that the Settlement Class Members' contact information is readily available to Defendant. It meets or exceeds the requirements of constitutional due process.

57.    It is Class Counsels' opinion that the Notice Plan here provides the best notice practicable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this Thursday, November 13, 2025, at Chicago, Illinois.


                                        */s/   David S. Almeida*
                                        David S. Almeida


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this Thursday, November 13, 2025, at Chicago, Illinois.


                                        */s/   James B. Zouras*
                                        James B. Zouras

# EXHIBIT 2-A



The Almeida Law Group LLC is a class action litigation boutique committed to advocating for individuals, families and small businesses who have suffered because of corporate malfeasance. We are accomplished, experienced and credentialed class action practitioners. We represent our clients in consumer protection, false labeling and unfair and deceptive practices cases as well as data privacy, technology and security matters. Specific examples of data privacy related work include data breaches, pixel tracking and claims under various consumer protection and privacy-related statutes such as the Electronic Communications Privacy Act ("ECPA"), the California Medical Information Act ("CMIA"), the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA") and the Telephone Consumer Protection Act ("TCPA").

Our attorneys graduated from some of the most esteemed law schools in the country including Columbia, Cornell, Georgetown, Harvard and the University of Chicago. Excelling at each of these prestigious schools, our attorneys received top honors, contributed to law journals and completed numerous externships. Our attorneys have also completed highly selective public interest fellowships, federal clerkships in the Northern District of Illinois, Eastern District of Pennsylvania and the District of South Carolina as well as internships at the United States Attorney's Offices in Atlanta and Baltimore.

With those very strong foundations in place, our attorneys gained invaluable experience and honed their litigation skills by working at some of the best law firms in the world including:

- Benesch, Friedlander, Coplan & Aronoff LLP
- Covington & Burling LLP
- Faegre Drinker Biddle & Reath LLP
- Jenner & Block LLP
- K&L Gates LLP

- Kilpatrick Townsend & Stockton LLP
- Kirkland and Ellis LLP
- Milbank LLP
- Quinn Emanuel Urquhart & Sullivan LLP
- Ropes & Gray LLP
- Sheppard Mullin Richter & Hampton LLP
- Steptoe & Johnson LLP
- Stroock & Stroock & Lavan LLP

These decades of experience on the defense side set us apart from many plaintiffs' firms; we are acutely aware of how companies will respond in our cases because we represented the exact same types of companies for years. Coupled with our education and training, this insider knowledge equips us to strategically utilize our experience for our clients' benefit.

Our practice is truly national as we represent clients in class action litigation in federal and state courts throughout the country. Our attorneys are licensed to practice in California, Florida, Georgia, Illinois, New York, Massachusetts, North Carolina, South Carolina, Washington, D.C., and Wisconsin. In short, our Firm is composed of a dedicated team of legal professionals with the knowledge, experience and unwavering commitment to obtain the best possible legal results for our clients.

## PIXEL TRACKING CASES IN WHICH OUR FIRM
## SERVED AS LEAD OR CO-COUNSEL

- *John v. Froedtert Health, Inc.*, 23-CV-1935 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *In re Advocate Aurora Health Pixel Litigation*, 2:22-cv-01253 (E.D. Wis.) (co-counsel in consolidated pixel tracking class action, settled on a class-wide basis)

- *Guenther v. Rogers Behavioral Health System, Inc.*, 2023CV001572 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Doe v. Workit Health Inc.*, 2:23-cv-11691 (E.D. Mich.) (counsel in telehealth pixel tracking class action, settled on a class-wide basis)

- *Reedy v. Everlywell, Inc.*, 1:24-cv-02713 (N.D. Ill.) (co-lead counsel in telehealth pixel tracking class action, settled on a class-wide basis)

- *Vriezen v. Group Health Plan, Inc.*, 23-cv-00267 (D. Minn.) (counsel in consolidated pixel tracking class action, settled on a class-wide basis)

- *B.W. v. San Diego Fertility Center Medical Group, Inc.*, 37-2024- 00006118-CU-BC-CTL (Cal. Super. Ct., Solano Cnty.) (co-counsel in pixel class action, settled on a class-wide basis)

- *Kane v. University of Rochester Medical Center*, 6:23-cv-06027 (W.D.N.Y.) (counsel in pixel tracking class action, settled on a class-wide basis)
- *Smith v. Loyola University Medical Center*, 1:23-cv-15828 (N.D. Ill.) (co-lead counsel in pixel tracking class action, final approval hearing set for September 17, 2025)
- *Marden v. LifeMD Inc.*, A-24-906800-C (Nev. Dist. Ct., Clark Cnty.) (counsel in telehealth pixel tracking class action, final approval hearing set for September 30, 2025)
- *Isaac v. Northbay Healthcare Corp.*, FCS059353 (L.A. Sup. Ct.) (co-lead counsel in consolidated pixel tracking class action, preliminary approval hearing set for October 1, 2025)
- *Cooper v. Mount Sinai Health System Inc.*, 1:23-cv-09485 (S.D.N.Y.) (counsel in pixel tracking class action, settled on a class-wide basis, final approval hearing set for October 24, 2025)
- *Mrozinski v. Aspirus, Inc.*, 2023CV000170 (Wisc. Cir. Ct., Marathon Cnty.) (co-lead counsel in pixel tracking class action, final approval hearing set for November 18, 2025)
- *Kaplan v. Northwell Health*, 2:23-cv-07205 (E.D.N.Y.) (counsel in pixel tracking class action, preliminary approval hearing set for December 4, 2025)
- *Singh v. The Moses H. Cone Memorial Hospital Operating Corporation*, 1:24-cv-00558 (M.D.N.C.) (co-counsel in pixel class action, preliminary approval hearing pending)
- *Strong v. LifeStance Health Group Inc.*, 2:23-cv-00682 (D. Ariz.) (counsel in telehealth pixel tracking class action, preliminary approval hearing pending)
- *Mayer v. Midwest Physicians Administrative Services LLC*, 1:23-cv-03132 (N.D. Ill.) (co-lead counsel in pixel tracking class action)
- *Doe v. ProHealth Care*, 2:23-cv-00296 (E.D. Wis.) (co-counsel in consolidated pixel tracking class action)
- *McCulley v. Banner Health*, 2:23-cv-00985 (D. Ariz.) (co-counsel in consolidated pixel tracking class action)
- *Heard v. Torrance Memorial Medical Center*, 22STCV36178 (L.A. Sup. Ct.) (co-lead counsel in consolidated pixel tracking class action)
- *Doe v. Adventist Health Care Network, Inc.*, 22ST-cv-36304 (L.A. Sup. Ct.) (co-lead counsel in consolidated pixel tracking class action)
- *R.C. v. Walgreens Co.*, 5:23-cv-01933 (C.D. Cal.) (counsel in telehealth pixel tracking class action)

- *Doe v. Wellstar Health System, Inc.*, 1:24-cv-01748 (N.D. Ga.) (co-lead counsel in telehealth pixel tracking class action)
- *Pattison v. Teladoc Health, Inc.*, 7:23-cv-11305-NSR (S.D.N.Y.) (co-lead counsel in consolidated pixel tracking class action)
- *Nguyen v. Abbott Laboratories, Inc.*, 1:24-cv-08289 (N.D. Ill.) (counsel in telehealth pixel tracking class action)
- *R.C. v. Walmart Inc.*, 5:24-cv-02003 (C.D. Cal.) (counsel in telehealth pixel tracking class action)
- *Vriezen v. Infinite Health Collaborative*, 0:24-cv-03743 (D. Minn.) (counsel in telehealth pixel tracking class action)
- *J. R. v. Atrium Health, Inc.*, 3:24-cv-00382 (W.D.N.C.) (counsel in telehealth pixel tracking class action)
- *In re CityMD Data Privacy Litigation*, 2:24-cv-06972 (D.N.J.) (interim Co-Lead Class Counsel in urgent care pixel tracking class action)
- *Alhindi v. Sanitas USA, Inc.*, 1:25-cv-22910 (S.D.F.L.) (counsel in telehealth pixel tracking class action)
- *Hastings v. Inkitt, Inc.*, 3:25-cv-06442 (N.D. Cal.) (counsel in pixel tracking class action)
- *Crawford v. MFB Fertility, Inc.,* 2:25-cv-02850 (E.D. Cal.) (counsel in pixel tracking class action)
- *Ramirez v. Everyday Health Inc.*, 2:25-cv-10137 (C.D. Cal.) (counsel in pixel tracking class action)

### DATA BREACH CASES IN WHICH OUR FIRM IS INVOLVED

- *In re Practice Resources, LLC Data Security Breach Litigation*, 6:22-cv-00890 (N.D.N.Y.) (co-lead counsel in consolidated data privacy class action, settled on a class-wide basis)
- *Spann v. Superior Air-Ground Ambulance Service, Inc.*, 1:24-cv-04704 (N.D. Ill.) (co-lead counsel in operative data breach class action, settled on a class-wide basis)
- *Tambroni v. WellNow Urgent Care, P.C.*, 2025LA000013 (Ill. Cir. Ct., Sangamon Cnty.) (co-lead counsel in data breach class action, settled on a class-wide basis)
- *Catanach v. Bold Quail Holdings, LLC*, 24STCV32029 (L.A. Sup. Ct.) (counsel in data breach class action)
- *Hulse v. Acadian Ambulance Services, Inc.*, 6:24-cv-01011 (W.D. La.) (appointed to executive committee in consolidated data breach class action)

- *Gorder v. FCDG Management LLC d/b/a First Choice Dental*, 2024-CV-002164 (Wis. Cir. Ct., Dane Cnty.) (co-lead counsel in data breach class action)
- *Bardwell v. Mt. Baker Imaging, LLC*, No. 25-2-00463037 (Whatcom Cnty. Sup. Ct., Wash. Mar. 6, 2025) (co-lead counsel in a data breach class action)
- *Dixon v. Medical Express Ambulance Service, Inc.*, No. 2025CH04441 (Cook Cnty. Cir. Ct., Ill. Apr. 21, 2025) (co-lead counsel in a data breach class action)
- *Nadeau v. Onsite Mammography, LLC*, No. 3:25-cv-11123 (W.D. Mass. Apr. 25, 2025) (interim co-lead application pending)
- *McNamara v. Northwell Health, Inc.*, (N.Y. Sup. Ct., Nassau Cnty., June 12, 2025) (interim co-lead application pending)
- *John v. Laboratory Serv. Coop.*, 2:25-cv-00731 (W.D. Wash. Apr. 22, 2025)
- *Neu v. Coinbase Global, Inc.*, 3:25-cv-04243 (N.D. Cal. Apr. 16, 2025)
- *Blount v. Oracle Health, Inc.*, 4:25-cv-00259 (W.D. Mo. Apr. 11, 2025)
- *Ansley v. Concord Orthopaedics Prof. Ass'n*, 217-2025-CV-00305 (Merrimack Cnty. Sup. Ct., N.H. Apr. 4, 2025)
- *Fitzsimons v. Long Island Plastic Surgical Group, PC*, 2:25-cv-00309 (E.D.N.Y.)
- *Montenegro v. American Neighborhood Mortgage Acceptance Company d/b/a AnnieMac Home Mortgage*, 1:24-cv-10679 (D.N.J.)
- *McHugh v. Enzo Biochem, Inc.*, 2:23-cv-04326 (E.D.N.Y.)
- *Meyers v. Onix Groups LLC*, 2:23-cv-0228 (E.D. Pa.)
- *In re City of Hope Data Security Breach Litigation*, 24STCV09935 (L.A. Sup. Ct.) (counsel in consolidated data breach class action, preliminary approval hearing set for July 22, 2025)
- *Kolstedt v. TMX Finance Corporate Services, Inc.*, 4:23-cv-00076 (S.D. Ga.)
- *Rasmussen v. Uintah Basin Healthcare*, 2:23-cv-00322 (D. Utah)
- *Douglas v. Purfoods, LLC*, 4:23-cv-00332 (S.D. Iowa)
- *Williams v. Southwell Inc. & Tift Regional Health Systems Inc.*, 2023CV0328 (Ga. Super. Ct., Tift Cnty.)
- *Stewart v. Highlands Oncology Group, P.A.*, 72CV-25-3492 (Washington Cnty. Ak. Cir. Ct.)
- *Gannon v. FinWise Bank*, 2:25-cv-00654 (D. Utah)
- *Vargas v. Tea Dating Advice, Inc.*, 3:25-cv-06691 (N.D. Cal.)
- *Connly v. NASCAR Enterprises*, 6:25-cv-01547 (M.D. Fla.)
- *Hall v. Bitcoin Depot, Inc.*, 1:25-cv-04317 (N.D. Ga.)

- *Shutley v. Harbin Clinic, LLC*, 4:25-cv-00175 (N.D. Ga.)
- *Beck v. Mainline Health Systems Inc.*, 4:25-cv-00659 (E.D. Ark.)
- *Liebhold v. Ambra Health and Intelerad, Inc.*, 5:25-cv-00432 (E.D.N.C.)
- *Barnes v. Ocuco Inc.*, 8:25-cv-01579 (M.D. Fla.)
- *Polak v. Finastra Technology, Inc.*, 6:25-cv-01284 (M.D. Fla.)
- *Shah v. Discord, Inc.*, 3:25-cv-08913 (N.D. Cal.)
- *Fernandes v. Appfolio, Inc.*, 2:25-cv-10217 (C.D. Cal.)
- *Middleton v. Manpower of Lansing, Michigan, Inc.*, 1:25-cv-00972 (W.D. M.I.)
- *Fink v. Union Home Mortgage Corporation,* 1:25-cv-02082 (N.D.O.H.)

### VIDEO PRIVACY PROTECTION ACT CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Edwards v. Mubi Inc.*, 5:24-cv-00638 (N.D. Cal.)
- *John v. Delta Defense LLC & U.S. Concealed Carry Association Inc.*, 2:23-cv-01253 (E.D. Wisc.)
- *Macalpine v. Onnit, Inc.*, 1:24-cv-00933 (W.D. Tex.)
- *Marteney v. ANM Media, LLP, Inc. d/b/a MY-CPE*, 4:24-cv-04511 (S.D. Tex.)
- *Jones v. Becker Professional Development Corporation*, 6:24-cv-06643 (W.D.N.Y.)

### CONSUMER PROTECTION CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Levy v. Hu Products LLC*, 23-cv-01381 (S.D.N.Y.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *In re Trader Joe's Company*, 3:23-cv-00061 (S.D. Cal.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *Haymount Urgent Care PC v. Gofund Advance LLC*, 1:22-cv-01245 (S.D.N.Y.) (co-counsel in lawsuit alleging merchant cash advances were usurious loans)
- *Cliburn v. One Source Market, LLC, d/b/a HexClad Cookware*, 23-ST-cv-28930 (Cal. Sup. Ct.) (counsel in false labeling class action, settled on a class-wide basis, final approval pending)
- *Fleetwood Services LLC v. Complete Business Solutions Group Inc.*, 2:18-cv-00268 (E.D. Pa.) (co-counsel in class action alleging merchant cash advances were usurious loans)

- *Kyungo v. Saks & Company, LLC*, 3:24-cv-06934 (N.D. Cal.) (counsel in false advertising class action)
- *Oganesyan v. Rakuten USA*, 4:25-cv-01534 (N.D. Cal.) (counsel in consolidated false advertising class action)
- *Chowning vs. Tyler Technologies, Inc.*, 3:25-cv-04009 (N.D. Cal.) (counsel in junk fees class action)
- *Beyer v. Kenvue Brands LLC*, 2:25-cv-12180 (D.N.J.) (counsel in false advertising class action)
- *Wood v. Niswi, LLC*, 4:25-cv-00046 (W.D. Ky.) (counsel in usury class action)
- *Head v. Underdog Sports, LLC d/b/a Underdog Fantasy*, 4:25-cv-05542 (N.D. Cal.) (counsel in illegal online gambling class action)
- *Foldi v. Instagram, LLC*, 3:25-cv-06859 (N.D. Cal.) (counsel in data privacy consumer protection case)
- *Reisberg v. Renaissance Learning, Inc.*, 8:25-cv-01379 (C.D. Cal.) (co-counsel in education technology consumer protection case)
- *Rachmani v. Epic Games, Inc.*, 609468/2025; (NY State Sup. Ct. Nassau County)
- *Wood v. Wakpamni Lake Coummunity*, 4:25-cv-00117 (W.D.Ky.)
- *Yee v. KalshiEx LLC et al*, 1:25-cv-08585 (S.D.N.Y.)
- *Brewer v. Otter.ai Inc.*, 5:25-cv-06911 (N.D.Cal.)
- *Lee v. SidePrize LLC*, 3:25-cv-08532 (N.D.Cal.)

### BIOMETRIC AND GENETIC CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Aragon v. Weil Foot & Ankle Institute, LLC*, 2021-CH-01437 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, settled on a class-wide basis)
- *Bore v. Ohare Towing Systems Inc.*, 2020-CH-02865 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, final approval granted)
- *Daichendt v. CVS Pharmacy, Inc.*, 1:22-cv-03318 (N.D. Ill.) (co-counsel in BIPA class action)
- *Vargas v. Cermak Fresh Market Inc.*, 2020-CH-06763 (Ill. Cir. Ct. Cook Cnty.) (co-counsel in BIPA class action)
- *Karling v. Samsara Inc.*, 1:22-cv-00295 (N.D. Ill.) (co-counsel in BIPA class action)
- *Stegmeyer v. ABM Industries Inc.*, 1:24-cv-00394 (N.D. Ill.) (co-lead counsel in biometric class action)

**David S. Almeida** is the Founder and Managing Partner of the Almeida Law Group LLC, headquartered in Chicago, Illinois. David co-chairs the firm's Data Privacy and Security group, devoted to providing legal advice and services related to cybersecurity threats, data breaches, and other privacy violations.

Bringing a distinctive and highly seasoned perspective, he specializes in representing consumers in class action lawsuits. Notably, a significant portion of his career has been devoted to serving as a class action defense lawyer, representing hospital systems, medical providers, retail and hospitality companies, and various consumer-facing entities in class action lawsuits related to privacy. Before establishing ALG, David was a Partner at Benesch, Friedlander, Coplan and Aronoff LLP; while there, David founded and chaired the Class Action Practice Group and led the Firm's Telephone Consumer Protection Act Team and its Retail, Hospitality and Consumer Products Practice Group.

A 1999 graduate of Cornell Law School, David has practiced law at prestigious firms in New York City and Chicago. David is admitted to the bars of New York, Illinois, Arizona and Wisconsin, as well as several federal courts, including the United States District Court for the Northern District of Illinois.

David's extensive experience spans over 500 class action lawsuits across the country. These cases encompass issues such as data breaches and privacy violations, state consumer fraud and deceptive business practices, false advertising and false labeling, as well as numerous statutory violations including the Telephone Consumer Protection Act, the Fair Credit Reporting Act, the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA"), the Electronics Communication Privacy Act, 18 U.S.C. § 2511(1) ("ECPA"), the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56, et seq. ("CMIA"), the California Invasion of Privacy Act, Cal. Penal Code § 630, et. seq. ("CIPA"), the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750, et seq. ("CLRA"), the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, et seq. ("UCL").

As a recognized authority in the field, David is well-versed in data privacy and security issues, direct and mobile marketing, emerging payment systems, as well as social and digital media matters. He is an author and speaker on these topics and is sought after by local and national publications for his insights. David has received multiple listings as an Illinois Super Lawyer and has been acknowledged as a "Rising Star" by the National Law

Journal. He earned his Bachelor of Arts from Salisbury University, graduating *summa cum laude*, and obtained his Juris Doctor from Cornell Law School, where he served as an Editor of the Cornell Law Review.

---

**Elena A. Belov** is a Partner and Co-Chair of the Data Privacy and Security group at the Almeida Law Group. An adept litigator, Elena began her career at Milbank LLP, a renowned international law firm. While there, she developed her skills in navigating complex commercial litigations and actively engaged in *pro bono* work focused on civil rights.

Motivated by a belief in justice for all, Elena devoted more than a decade of her practice to environmental work and public service before redirecting her passion toward advocating for wronged plaintiffs. She had the privilege of clerking for Judge Cynthia M. Rufe in the U.S. District Court for the Eastern District of Pennsylvania, gaining firsthand insights into the intricacies of the federal judicial system. Elena also contributed to the field by teaching and practicing environmental law on behalf of pro bono clients at the University of Washington School of Law. And while working for the World Wildlife Fund, she supported Native Alaskan Tribes as well as State and Federal officials, including the U.S. Coast Guard, in their endeavors to safeguard Arctic ecosystems. Elena has collaborated with a diverse clientele, ranging from major banks and insurance companies to non-governmental organizations and individuals from various walks of life.

Elena investigates consumer rights violations and takes pride in combating companies that exploit individuals, whether through deceptive advertising, selling defective products, or neglecting user privacy. Elena graduated with honors from Barnard College in New York, earning a B.A. in Political Science, and received her Juris Doctor from the Georgetown University Law Center. During law school, she served as a member of the American Criminal Law Review, authoring several published articles, and worked in the Environmental Law Clinic, successfully representing the Mattaponi Tribe of Virginia in their fight to protect their water rights.

Elena is admitted to the New York State Bar, as well as the United States District Courts for the Southern and Eastern Districts of New York.

---

**Wesley M. Griffith** is a Partner and the California Managing Partner at Almeida Law Group.

Wes is an accomplished litigator. Like many attorneys at the firm, Wes developed extensive experience as a defense attorney, spending a decade at two of the nation's top defense firms, where he represented some of the world's largest companies in class actions and complex litigation. Wes now leverages his big law experience to advocate vigorously for everyday Americans in trial and appellate courts across the country.

Wes's practice focuses primarily on consumer class actions, including junk fees, false and deceptive advertising, forever chemical contamination, and complex commercial disputes. He has represented clients in significant actions across the country, including before the United States Supreme Court and in multidistrict litigation.

Several of Wes's current notable class cases where he serves in a lead role include:

- *Rahmani v. Thrillzz, Inc.*, Case No. 25-cv-2548 (S.D. Cal 2025)
- *Giana v. Shein Distribution Corp.*, Case No. 25-cv-08637 (C.D. Cal 2025)
- *Beltran v. FanDuel, Inc.*, Case No. 25-cv-05586 (N.D. Cal. 2025)
- *Head v. Underdog Sports, LLC*, Case No. 25-cv-05542 (N.D. Cal. 2025)
- *Franks v. SidePrize LLC*, Case No. 25-cv-04916 (N.D. Cal. 2025)
- *Zhen v. DraftKings, Inc.*, Case No. 25-cv-04618 (N.D. Cal. 2025)
- *Chowning v. Tyler Technologies, Inc.*, Case No. 25-cv-04009 (N.D. Cal. 2025)
- *Wu v. Greystar Real Estate Partners, LLC*, Case No. 25-cv-01090 (S.D. Cal. 2025)

Wes's prior class action experience includes serving in key roles on both the defense (noted with an "*") and plaintiff sides, including in:

- *Coinbase, Inc. v. Bielski*, Case No. 22-105 (U.S. 2023)
- *Bielski v. Coinbase, Inc.*, Case No. 22-15566 (9th Cir. 2023)
- *Travelers United, Inc. v. Sonesta International Hotels Corp.*, Case No. 1:23-cv-02841 (D.C. Sup. 2024)
- *Ramirez v. Bank of Am., N.A.*, Case No. 24-cv-00859 (N.D. Cal. 2024)
- *JPay LLC v. Houston*, Case No. 23-cv-1875-S (N.D. Tex. 2023)
- *Oliver v. Navy Fed. Credit Union*, Case No. 23-CV-1731 (E.D. Va. 2023)
- *Pizana v. SanMedica Int'l, LLC*, Case No. 18-cv-00644 (E.D. Cal. 2023)
- *Beaver v. Tarsadia Hotels*, Case No. Case No. 11-cv-01842 (S.D. Cal. 2017)*
- *Weller v. HSBC Fin. Corp.*, Case No. 13-cv-00185 (D. Colo. 2015)*
- *West v. HSBC Mortgage Corp.*, Case No. 12-CP-00687 (S.C. Ct. Com. Pls. 2015)
- *In re HSBC Bank, USA, N.A., Debit Card Overdraft Fee Litig.*, Case No.

650562/2011 (N.Y. Sup. Ct. 2015)
- *Vasquez v. California School of Culinary Arts, Inc.*, Case No. B250600 (Cal. App. 2d Dist. 2014)
- *Diaz v. HSBC USA,* N.A., Case No. 16-cv-60119 (S.D. FL. 2014)
- *In re HSBS Mortg. Corp. Force-Placed Hazard Ins. Litig.*, MDL No. 2464 (J.P.M.L. 2013)
- *Davis v. Chase Bank USA, N.A.*, Case No. 06-cv-4804 (C.D. Cal. 2013)

---

**Matthew J. Langley** is a Partner at Almeida Law Group, where he leverages his extensive skills and experience cultivated as a federal prosecutor and defense attorney to champion the rights of individuals affected by unjust or deceptive practices. Matthew's practice focuses on class action lawsuits involving data privacy and security issues, deceptive and unfair business practices, false advertising and labeling as well as various statutory claims including the Telephone Consumer Protection Act (TCPA) and Illinois' Biometric Information Privacy Act (BIPA), and the California Invasion of Privacy Act (CIPA). Prior to joining the Almeida Law Group, Matthew was as a partner at Benesch, Friedlander, Coplan and Aronoff LLP, collaborating with David in the firm's Class Action practice group and, among other matters, representing plaintiffs in a two-billion-dollar defamation suit involving election fraud claims.

Matthew began his legal career at Kirkland and Ellis where, as an associate, he defended corporate clients in high-stakes litigation, including representing AOL in a class action data breach involving the personal data of over 680,000 customers. He continued to represent corporate clients, as both plaintiffs and defendants, at K&L Gates in Miami, Florida before joining the United States Attorney's Office for the Southern District of Florida.

As an Assistant United States Attorney, Matthew worked in both the Major Crimes and the Economic Crimes Divisions, prosecuting crimes involving health care fraud, tax fraud, money laundering, identity theft, bank fraud, child pornography, and drug trafficking. He first-chaired ten jury trials, securing guilty verdicts in all ten cases and successfully argued appeals in front of the Eleventh Circuit Court of Appeals. After leaving government service, Matthew worked as a securities class action attorney at Robbins Geller, where he played a crucial role in bringing securities fraud cases, helping to secure the recovery of millions of dollars for shareholders.

Matthew is admitted to the bar in New York, Florida, California and Illinois. He earned his Bachelor of Arts in English and Sociology from the University of Connecticut and his Juris Doctor from Columbia Law School, where he was a Harlan Fiske Scholar.

**Karen Dahlberg O'Connell** is a Partner with the Almeida Law Group. Karen is an experienced litigator who is skilled at investigating and prosecuting consumer fraud actions.

Prior to joining Almeida Law Group, Karen participated in a wide range of consumer protection cases on behalf of the Federal Trade Commission for more than 15 years. Representative matters include undisclosed recurring subscription fees, alternative education scams, unlawful debt collection, unauthorized billing, business coaching and job scams, deceptive marketing of a medical discount plan, and false advertising via affiliate marketers. Before working at the Federal Trade Commission, Karen served as an Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General under Elliot Spitzer and Andrew Cuomo, where she defended New York State, state agencies, and state officers in all stages of litigation, including trial. Her cases as an Assistant Attorney General ranged from defending employment actions to alleged constitutional violations, including First and Fourth Amendment claims. Before entering public service, Karen was a litigation associate at Robins, Kaplan, Miller & Ciresi LLP in Boston. She started her legal career in the litigation department of Milbank LLP in New York.

In addition to fighting for consumers in court, Karen enjoys engaging in outreach to educate consumers about their rights, teach professionals how to spot and prevent consumer fraud, and influence industry leaders' use of developing technologies with consumer protection and data security principles in mind. Karen has delivered presentations and participated in panel discussions regarding a variety of consumer protection issues, including automatic renewals, imposter scams, native advertising, influencer campaigns, data security, privacy, the unauthorized practice of immigration law, and identity theft.

Karen takes an active role as a mentor to young attorneys and law students. While working at the Federal Trade Commission in 2018 and 2019, she was also a Lecturer in Law at Columbia Law School where she co-taught a seminar class titled *Counseling the Digital Innovator*. Prior to that, she was a guest lecturer at Columbia Law School and Columbia Business School, focusing on digital marketing and advertising law. Karen also regularly judges moot court competitions at law schools across New York City.

At the Almeida Law Group, Karen is actively litigating an auditor liability case on behalf of companies and investors harmed by the auditor's fraudulent representations regarding the financial health of a publicly traded company. Karen is also currently litigating several data privacy cases against educational technology companies who are mining children's data without parental consent and a consumer fraud case against one of the largest gaming companies for misrepresenting the value and redeemability of gift cards for virtual currency. She is committed to protecting the most vulnerable consumers from predatory corporate practices.

Karen is admitted to the bar in the states of New York and Massachusetts as well as admitted to practice in the Southern and Eastern districts of New York.

---

**John R. Parker Jr.**, or "J.R.," is a Partner with the Almeida Law Group. J.R. is a tenacious and successful litigator, handling intricate civil litigation from the investigative phase through settlement or trial in both state and federal courts, including appellate proceedings.

J.R.'s practice encompasses class action lawsuits, False Claims Act cases, Medi-Cal and Medicare fraud, consumer fraud, defective products and drugs, insurance bad faith, personal injury, medical malpractice, employment claims, civil rights, toxic tort, and environmental cases. He has taken on consumer class actions against prominent tech industry entities such as Facebook, Apple, and Zynga. J.R. has been appointed lead counsel in numerous class action cases by state and federal courts in California and nationwide.

Recognizing the human impact of personal or economic injuries resulting from the carelessness, negligence, or intentional acts of others, J.R. is deeply committed to representing individuals who lack the resources of the multinational corporations and insurance companies he holds accountable in his cases.

J.R. has volunteered for the Eastern District of California Dispute Resolution Program and served as appointed counsel for the Eastern District of California's pro bono program. He earned his A.B. in Greek and Latin from the University of Georgia, graduating *summa cum laude*, and obtained his J.D. from Harvard Law School, where he served as Deputy Editor-in-Chief of the Harvard Journal of Law and Public Policy.

After law school, J.R. clerked for Judge Joseph A. Anderson, at the time Chief Judge for the United States District Court for the District of South Carolina. He then worked at a plaintiff's firm in Atlanta, Georgia, and then a litigation boutique in Birmingham, Alabama, Spotswood, Sansom, and Sansbury LLC, where he defended the FedEx Corporation in

class action suits around the country. After relocating to Sacramento, California, J.R. worked at Kershaw, Cutter & Ratinoff LLP and then Cutter Law LLC, where he litigated and tried complex cases on behalf of ordinary people against large corporations and insurance companies. Some of his work before joining the Almeida Law Group LLC includes the following matters:

- *Doan v. State Farm*, 1-08-cv-129264 (Cal. Super. Ct., Santa Clara Cnty.) (co-lead counsel in certified class action against State Farm successfully tried and resulting in a global settlement of all State Farm fire policyholders in California)
- *U.S. ex rel. Bell v. Biotronik, Inc.*, 18-cv-01391 (C.D. Cal.) (Lead Relator's counsel in a False Claims Act case against medical device company resulting in
- $12.95 million recovery by the United States)
- *Bohannon v. Facebook, Inc.*, 4:12-cv-01894-BLF (N.D. Cal.). (Appointed Class Counsel representing a certified nationwide class of minor Facebook users and their parents)
- *Phillips v. County of Riverside*, 5:19-cv-01231-JGB-SHK (C.D. Cal.) (Co-lead Class Counsel in a collective action and then 86 individual actions brought under FLSA on behalf of social workers employed by Riverside County, resulting in $4.55 million global settlement after decertification)
- *Pike v. County of San Bernardino*, 5:17-cv-01680 (C.D. Cal.) (Co-lead Class Counsel in certified collective action brought under FLSA on behalf of social workers employed by San Bernardino County)
- *Johnson v. CSAA*, 07AS03197 (Sacramento Superior Court) (Co-Lead Counsel in class action against CSAA relating to failure to waive deductible. Resolved by settlement providing complete cash reimbursement, plus interest. Settlement valued at over $80 million)
- *Shurtleff v. Health Net*, (E.D. Cal. and Cal. Super. Ct., Sacramento Cnty.) (Co-Lead and Plaintiffs' Liaison counsel in class actions against Health Net for a breach of confidential information, resulting in a nationwide class settlement)
- *Parry v. National Seating & Mobility Inc.*, 3:10-cv-02782-JSW (N.D. Cal.) (Appointed Class Counsel on behalf of representing nationwide class of sales representatives for medical equipment company in breach of contract case that settled on a class-wide basis after certification in the Northern District of California)
- *Zmucki v. Extreme Learning*, 111-cv-197630. (Cal. Super. Ct., Santa Clara Cnty.), (Appointed settlement class counsel on behalf of class of educators for wage and hour violations in the Northern District of California)

**Chris Nienhaus** is Of Counsel at the Almeida Law Group.

Chris is a versatile litigator and stern advocate for consumer rights. His practice focuses on complex litigation against the nation's most powerful corporations in lawsuits challenging fraudulent, deceptive, and other harmful conduct.

Prior to joining the Almeida Law Group, Chris was a litigator at Ropes & Gray LLP where he successfully represented clients in high-stakes cases in both state and federal courts throughout the country. Drawing on his experience as a former defense attorney, Chris offers an informed and strategic perspective to his clients at all stages of litigation from pre-filing advisement through post-trial motions.

Before entering private practice, Chris served as a law clerk to the Honorable Susan G. Braden at the United States Court of Federal Claims and a judicial intern to the Honorable William M. Conley at the United States District Court for the Western District of Wisconsin.

Chris is admitted to the state bars in Illinois, Wisconsin, Massachusetts, and Washington, D.C. as well as the United States District Court for the Western District of Wisconsin and the United States Court of Federal Claims.

---

**Britany A. Kabakov** is a Senior Associate at the Almeida Law Group.

A skilled trial lawyer and litigator, Britany began her career as a litigation associate at Kirkland & Ellis LLP in its Chicago office, where she gained experience as a defense attorney. While at Kirkland, Britany actively participated in two federal bellwether jury trials, contributing to the largest multidistrict litigation in U.S. history.

Britany had the privilege of clerking for Judge Sunil R. Harjani in the U.S. District Court for the Northern District of Illinois and externing for Judge Andrew G. Schopler in the U.S. District Court for the Southern District of California. Through these roles, Britany acquired comprehensive insights into the intricacies of federal litigation, spanning from the filing of a complaint through trial and post-trial motions.

Specializing in consumer class action lawsuits, Britany's practice focuses on privacy and false labeling cases, along with complex commercial disputes. She has represented clients in federal court, multidistrict litigation, and class action lawsuits involving defective

products, consumer fraud, toxic tort, environmental cases, information privacy, insurance, and contract disputes.

Committed to public service and advocating for all individuals, Britany has maintained an active pro bono practice focusing on civil rights, supporting civil liberty organizations in research and litigation efforts. During law school, she volunteered at the Legal Aid Society of San Diego's Domestic Violence Clinic, and prior to entering law school, Britany taught middle school social studies in Phoenix, Arizona.

Britany is admitted to the Illinois State Bar as well as the U.S. District Court for the Northern District of Illinois. She graduated *magna cum laude* from Loyola University Chicago with a Bachelor of Arts in History and Secondary Education. Britany earned her Juris Doctor from the University of Chicago Law School, where she worked in the Environmental Law Clinic, representing conservation groups in Clean Water Act litigation.

---

**Luke Coughlin** is an Associate Attorney at the Almeida Law Group.

Luke is an accomplished litigator. Before joining the Firm, Luke was a litigation associate at Edelman, Combs, Latturner & Goodwin, LLC, where he worked on a wide range of consumer cases with focus on usury claims. His passion for protecting consumer rights is driven by his interest in using technical investigations to support and advocate for his clients. He is committed to advancing consumer protection through innovative, cross-disciplinary legal strategies.

While attending law school, Luke worked as a claims investigator at Rain Intelligence, combining technical investigation with comprehensive legal analysis across a broad spectrum of case types. His work emphasized a meticulous approach to fact-finding, leveraging technology to investigate illicit collection and use of sensitive personal data and other incursions against consumer rights.

Prior to law school, Luke gained extensive experience in the tech sector, including work at Wayfair, where his focus on technical processes and analysis laid the foundation for his legal career. He brings a unique blend of technical expertise and legal acumen to the Firm.

Luke is admitted to the Illinois State Bar as well as the Federal District Courts of the Northern District of Illinois, Southern District of Illinois, Northern District of Indiana and Southern District of Indiana.

**Loc G. Ho** is an Associate Attorney at the Almeida Law Group.

Before joining the firm, Loc served as a judicial law clerk to the Honorable Shalina D. Kumar in the U.S. District Court for the Eastern District of Michigan. In that role, Loc gained a deep understanding of judicial decision-making and substantial experience in a wide variety of consumer class actions and other complex litigation. Before clerking, Loc honed his litigation skills at Brooks, Pierce, McLendon, Humphrey & Leonard LLP, where he engaged in both affirmative and defensive business litigation and successfully led a federal civil rights lawsuit to defend against a summary judgment motion.

Loc is passionate about consumer rights. Having a low-income background, Loc has personally witnessed members of his community fall prey to scams and struggle to make ends meet due to unfair business practices, and Loc also saw firsthand how predatory lending, junk fees and other corporate abuses harmed his own family. As a first-generation college and law school graduate, Loc draws on his personal experiences and leverages his litigation skills to advocate for vulnerable consumers and hold corporations accountable for abusive practices.

Loc is admitted to practice law in North Carolina, the U.S. District Courts for the Eastern and Western Districts of North Carolina and the U.S. Court of Appeals for the Fourth Circuit. He graduated from the University of North Carolina at Chapel Hill with a Bachelor of Arts in Philosophy with *Honors* and *Distinction*. Loc earned his Juris Doctor from the University of California, Berkeley, School of Law, where he directed the school's Workers' Rights Disability Law Clinic, received a Certificate in Consumer Law and Economic Justice and served as the 2021-2022 Editor-in-Chief of the *Berkeley Technology Law Journal*.

# EXHIBIT 2-B

# FIRM RESUME



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## **Fighting for the Rights of People.** Driven by Justice. Dedicated to **You**.



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLC** has pioneered groundbreaking class actions that deliver real results - **$500 million to date -** for real people across the United States.



**Stephan Zouras, LLC** has "substantial class action experience [and] have secured multi-million-dollar class recoveries…."

*Bhattacharya v. Capgemini North America, Inc.*, 324 F.R.D. 353, 363 (N.D. Ill. 2018) (Kennelly, J.)



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLC** is a national law firm that represents ordinary people in complex class actions. Our diverse team of professionals are widely recognized for their vigorous advocacy, skill, integrity and experience litigating wage and hour and other employment disputes, biometric and other data privacy, cybersecurity, consumer protection, and other complex litigation. Federal and state courts routinely appoint our attorneys to lead class actions in high-stakes, groundbreaking, rapidly-developing areas with far-reaching impact. We try cases to verdict. We establish favorable precedent for employees and consumers on appeal, including two groundbreaking privacy decisions before the Illinois Supreme Court.

Outside the courtroom, our attorneys testify before legislative bodies and work on legislation designed to protect worker's rights.

Our Chicago-based firm is recognized for its leadership, its zealous, thorough and efficient prosecution of class actions, and for achieving outstanding results at both the trial and appellate levels throughout the United States.

We help deliver justice to ordinary workers and consumers – the ones corporate America loves to abuse and take advantage of.

"[T]he team of attorneys and staff at **Stephan Zouras, LLC**" perform "model work."
*Chatman v. Euromarket Designs, Inc.*, 18 CH 9277 (July 10, 2024 Cir. Ct. Cook Cty.) at p. 6, ¶ 15 (Mullen, J.)



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## OUR STORY

When Ryan and Jim founded **Stephan Zouras, LLC** in 2007, they had a vision. They wanted to create a law firm that *empowers* individuals to band together, level the playing field and take on wealthy and powerful corporations who shirk the law and take advantage of American workers and consumers.

Today, that vision is a REALITY.

### EXPERIENCE

Not only are we passionate about what we do, we know what we are doing. Our nationally-renowned legal team brings decades of experience and expertise fighting for the rights of people in federal and state courts throughout the United States. We have established groundbreaking and precedent-setting court decisions, including winning a landmark victory for employees at the United States Supreme Court and two watershed victories for privacy rights at the Illinois Supreme Court.

### DEDICATION

Because we are passionate about what we do, we don't cut corners. We're in it for the long haul, we won't sell out the class for a quick buck, and we have the resources, skill and determination to take cases through trial and defend favorable judgments on appeal. We don't settle until we've pulled out all the stops, turned over every stone, and maximized the results for the class. That means that the class members we've represented – hundreds of thousands of people and counting – have, on average, received hundreds of dollars each in direct payments, with many receiving several times that amount.

### REPUTATION

We are known throughout the legal community as among the most skilled and experienced practitioners in the data privacy and wage and hour fields. In 2023, the Illinois Bar Foundation honored Ryan and Jim with its Champion Award, given each year to an attorney "whose professional and public careers set an example to which others aspire."



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS



### JAMES ZOURAS

is a founding partner of Stephan Zouras, LLC. Dedicating his entire professional career to combating corporate abuse and injustice, Jim has helped recover hundreds of millions in individual and class actions arising under the federal and state wage and hour laws, biometric privacy and other complex litigation, along with wrongful death and other catastrophic personal injury actions.

He has successfully tried over a dozen major jury trials and argued approximately 20 appeals as lead appellate counsel before federal and state appellate courts, including the Illinois Supreme Court. Jim is frequently invited as a speaker at national class action and trial seminars. In addition to his admission to numerous trial and appellate courts, Jim is a member of the bar of the Supreme Court of the United States.

Jim and his cases have been profiled by numerous media outlets including the Chicago Tribune, the Chicago Sun-Times, WVON Radio, Bloomberg BNA, Billboard Magazine, TMZ and CBS Consumer Watch.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ESTABLISHED ENDOWED SCHOLARSHIP FUND AT UNIVERSITY OF ILLINOIS AT CHICAGO; 2021
- INVITED SPEAKER AT NATIONAL EMPLOYMENT LAWYERS ASSOCIATION (IL); 2021
- INVITED SPEAKER AT ILLINOIS INSTITUTE FOR CONTINUING LEGAL EDUCATION; 2018-2022
- INVITED SPEAKER AT ILLINOIS STATE BAR ASSOCIATION; 2018-2019
- INVITED SPEAKER AT ILLINOIS TRIAL LAWYERS ASSOCIATION; 2016
- INVITED SPEAKER AT THE CHICAGO BAR ASSOCIATION; 2008 AND 2016
- INVITED SPEAKER AT THE PRACTICING LAW INSTITUTE; 2012 AND 2015
- INVITED SPEAKER AT THE BRIDGEPORT CONTINUING EDUCATION WAGE AND HOUR SEMINAR; 2012 AND 2014
- EDITOR, ILLINOIS WAGE HOUR TREATISE; 2022
- CONTRIBUTING AUTHOR, AMERICAN BAR ASSOCIATION FEDERAL LABOR STANDARDS LEGISLATION SUBCOMMITTEE, MIDWINTER REPORT; 2016
- HELLENIC BAR ASSOCIATION OF ILLINOIS; 2001-PRESENT
- CO-CHAIR OF THE CONSUMER PRIVACY COMMITTEE OF THE ILLINOIS TRIAL LAWYERS ASSOCIATION; 2023-2024



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

- ILLINOIS SUPER LAWYER; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 1997-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION, BOARD OF MANAGERS; 2022-2023
- ILLINOIS STATE BAR ASSOCIATION; 1997-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2007-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER
- SHIRLEY RYAN ABILITYLAB VOLUNTEER

## EDUCATION

- DEPAUL UNIVERSITY COLLEGE OF LAW, J.D. WITH HONOR, ORDER OF THE COIF, [1995]
- UNIVERSITY OF ILLINOIS CHICAGO, POLITICAL SCIENCE, WITH DISTINCTION [1992]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS



### RYAN STEPHAN

is a founding partner of Stephan Zouras, LLC. Throughout his career, Ryan has been a passionate advocate for worker and consumer rights, and has helped hundreds of thousands of everyday people recover damages in unpaid overtime, privacy claims, employment disputes, business litigation, products liability and personal injury cases. Ryan has successfully tried cases to verdict including obtaining a $9,000,000 verdict on behalf of 200 employees who were misclassified and denied overtime pay.

Ryan has also served as lead or co-lead counsel on hundreds of complex class and collective action cases involving privacy issues, wage and hour matters and consumer fraud claims, amongst others, and has helped recover over $250 Million for hundreds of thousands of people. In these cases, Ryan has helped establish precedent in both privacy and wage and hour law, forced major corporations to change unlawful employment practices and helped recover hundreds of millions of dollars for his clients.

Ryan and his cases have been profiled by numerous media outlets including Good Morning America, Fortune, ESPN, Fox News, The Guardian, The New York Times, Think Progress, USA Today and Vice Sports.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- AMERICAN ASSOCIATION FOR JUSTICE; 2020-PRESENT
- AMERICAN BAR ASSOCIATION; 2007-PRESENT
- CHICAGO LIGHTS TUTOR; 2009-2010
- CHICAGO CARES TUTOR; 2008-2009
- FEED MY STARVING CHILDREN VOLUNTEER; 2014-2015
- ILLINOIS STATE BAR ASSOCIATION; 2000-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION BOARD OF ADVOCATES; 2022-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT

## EDUCATION

- CHICAGO KENT COLLEGE OF LAW, J.D., [2000]
- UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN, B.A., POLITICAL SCIENCE, [1996]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

Ryan and Jim are admitted to the Supreme Court of the United States, the United States Court of Appeals for the First, Third and Seventh Circuits, and the Trial Bar of the United States District Court for the Northern District of Illinois. Ryan and Jim are admitted to practice in the Northern, Central and Southern Districts of Illinois, the United States Bankruptcy Court for the Northern District of Illinois, and are generally admitted to practice in the District Court of Colorado, the Eastern District of Michigan and the Eastern District of Wisconsin.

In addition, they have been admitted pro hac vice in the United States District Courts for the District of Alaska, the District of Arizona, the District of Columbia, the Northern, Central and Southern Districts of California, the Superior Court for the State of California, the District Court of Columbia, the Northern, Middle and Southern Districts of Florida, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the Western District of Kentucky, the District Court of Maryland, the District Court of Massachusetts, the District Court of Minnesota, the Eastern and Western Districts of Missouri, the District Court of New Mexico, the Southern and Eastern Districts of New York, the District Court of New Jersey, the Eastern and Middle Districts of Pennsylvania, the First Judicial District of Pennsylvania, the Eastern, Middle and Western Districts of North Carolina, the Southern District of Ohio, the District Court of Oregon, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, the Northern and Southern Districts of Texas, and the Western District of Washington.

In every consecutive year since 2009, Chicago Magazine's Super Lawyer Section selected both Jim and Ryan as two of the top attorneys in Illinois, a distinction given to no more than 5% of the lawyers in the state.



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### ANDREW FICZKO

A tireless fighter for working people, Andy has spent his entire professional career focusing on Employment Litigation and has represented thousands of employees in class, collective and individual actions nationwide and has recovered hundreds of thousands of dollars in unpaid minimum wages, overtime compensation, and other benefits.

Andy has been recognized by Chicago Magazine's Super Lawyers section as a Rising Star and Super Lawyer for eight consecutive years, a distinction given to no more than 5% of Illinois lawyer. Andy served as the second chair in two major federal jury trials to verdict on behalf of Plaintiffs in wage and hour matters and one state jury trial to verdict on behalf of Plaintiffs in a breach of contract matter.

Andy is admitted to the United States Supreme Court, the United States District Court for the Seventh Circuit, the United States Bankruptcy Court for the Northern District of Illinois, the Trial Bar of the United States District Court for the Northern District of Illinois, and is generally admitted to the District Court of Colorado. Andy has been admitted pro hac vice to the District of Alaska, the Central and Northern Districts of California, the District of Columbia, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the District of Massachusetts, the Western District of Missouri, the Southern District of New York, the Middle and Western Districts of North Carolina, the Southern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Northern and Southern Districts of Texas, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NORTHERN DISTRICT OF ILLINOIS TRAIL BAR ASSOCIATION; 2010-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER; 2012

## EDUCATION

- DRAKE UNIVERSITY LAW SCHOOL, J.D., [2009]
- LAFAYETTE COLLEGE, B.S., PSYCHOLOGY, [2002]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### TERESA BECVAR

A steadfast advocate for individual rights, Teresa has helped thousands of clients hold corporations accountable in employment and consumer protection cases. Teresa has extensive experience in a wide range of employment cases, including wage and hour class and collective actions and employment discrimination.

Teresa is a 2013 graduate of Chicago-Kent College of Law, where she served as Editor of the Law Review. Since 2019, Teresa has served on the Advocacy Council Leadership Committee for Women Employed, an Illinois nonprofit that advocates for the advancement of working women through fair workplaces and education opportunities. Every year since 2016, Teresa has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers.

Teresa is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Northern District of Illinois, the United States Court of Appeals for the Third and Seventh Circuits, and is generally admitted to the District Court of Colorado. She has been admitted pro hac vice to the District Court of Arizona, the Northern District of California, the Superior Court for the State of California, the Middle District of Florida, the District Court of New Mexico, the Eastern and Southern Districts of New York, the Western District of North Carolina, the Northern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ABA/BNA AGE DISCRIMINATION IN EMPLOYMENT LAW SUPPLEMENT, CHAPTER EDITOR; 2016-PRESENT
- AMERICAN ASSOCIATION FOR JUSTICE; 2019-PRESENT
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- FEDERAL BAR ASSOCIATION; 2012-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS TRIAL LAWYER ASSOCIATION; 2017-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2021-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., CUM LAUDE, [2013]
- UNIVERSITY OF CHICAGO, B.A., CINEMA AND MEDIA STUDIES, [2002]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### CATHERINE MITCHELL-DUFFY

is a staunch advocate for individual rights, representing people in a wide-range of legal disputes, including unpaid wages, employee misclassification, improper wage deduction, Employee Retirement Income Security Act (ERISA) violations, antitrust, and consumer fraud. Katie is also a member of the legal team pursuing claims on behalf of employees and consumers for violations of the Illinois Biometric Privacy Act (BIPA). Her broad knowledge in such areas helps clients understand their rights and recover damages when laws are violated.

Katie is admitted to practice in Illinois, the United States District Courts for the Central, Northern and Southern Districts of Illinois, and is generally admitted to the District Court of Colorado and the Eastern District of Wisconsin. She has been admitted pro hac vice to the District of Arizona, the Northern District of California, the Southern District of Iowa, the Middle District of Florida, the District Court of Minnesota, the Fourth Judicial District for the State of Minnesota, the Eastern and Western Districts of North Carolina, the District of New Mexico, the Eastern and Southern Districts of New York, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Seventh Circuit.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHAPTER EDITOR, BUREAU OF NATIONAL AFFAIRS AGE DISCRIMINATION IN EMPLOYMENT ACT TREATISE, 2D ED.; 2016
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2015-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- SAINT MARY'S COLLEGE CHICAGO EAST ALUMNAE CLUB MEMBER; 2012-PRESENT
- VICE CHAIR, YLS MOOT COURT COMPETITION COMMITTEE; 2016-2019
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2015-PRESENT
- YOUNG LAWYERS SOCIETY OF THE CHICAGO BAR ASSOCIATION; 2014-PRESENT

## EDUCATION

- THE JOHN MARSHALL LAW SCHOOL, J.D., [2015]
- SAINT MARY'S COLLEGE, B.A., POLITICAL SCIENCE & PSYCHOLOGY, [2012]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### ANNA CERAGIOLI

started her career at Stephan Zouras in 2017 when she worked as a law clerk. Anna is a skilled and dedicated advocate for individuals and groups of people who have been injured, deprived of earned wages or otherwise mistreated by employers. She has worked tirelessly on an array of individual and class actions lawsuits involving unpaid wages, employee misclassification, tip-pool violations, retaliation, biometric privacy violations, and RICO violations. As the assisting attorney in one of the first in-person jury trials for unpaid wages following the COVID-19 pandemic, Anna obtained a verdict and corresponding six-figure damages award on behalf of one of her clients. Anna achieved the first ruling in the state of Illinois awarding treble damages over and above liquidated damages for claims brought under the Illinois Minimum Wage Law and the Fair Labor Standards Act – a landmark ruling for employee rights.

Anna has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers. She was one of only twelve graduating students inducted into the Chicago-Kent Bar & Gavel Society.

Anna is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Central and Southern Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit. She has also been admitted pro hac vice to the Northern District of California, the Eastern District of New York, the Northern District of Ohio, the Eastern District of Pennsylvania and Court of Common Pleas for the State of Ohio.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION YLS MOOT COURT COMMITTEE; 2019-2021
- CHICAGO BAR ASSOCIATION; 2018-PRESENT
- CHICAGO-KENT BAR AND GAVEL SOCIETY; 2018 INDUCTEE
- CHICAGO-KENT MOOT COURT HONOR SOCIETY, PRESIDENT AND MEMBER; 2016-2018
- CHICAGO-KENT JUSTINIAN SOCIETY, SECRETARY; 2016-2018
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2022
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2018-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., [2018]
- MARQUETTE UNIVERSITY, B.A., CUM LAUDE, ENGLISH [2013]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### MICHAEL CASAS

joined the Stephan Zouras team as a law clerk in 2020, with a passion and dedication for vindicating Illinois citizens' rights under the Illinois Biometric Information Privacy Act (BIPA). Since joining the Stephan Zouras legal team, Michael has assisted in trailblazing actions involving BIPA, employee misclassification, breach of contract, unpaid wages, personal injury, and employment discrimination claims.

Michael graduated cum laude from the University of Illinois – Chicago School of Law, where he was a member of the Dean's List, and a published member of the UIC Law Review. While in law school, Michael served as a Student Attorney for the Community Enterprise & Solidarity Economy Clinic where he consulted small business owners on corporate entity registration and regulatory compliance with Illinois cannabis license applications.

Michael earned his undergraduate degree from the University of Illinois – Urbana/Champaign, where he graduated with a degree in Finance.

Michael is admitted to practice in Illinois and the United States District Court for the Northern and Central Districts of Illinois.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2022 – PRESENT
- AUXILIARY BOARD MEMBER – ONWARD NEIGHBORHOOD HOUSE; 2020 – PRESENT

## EDUCATION

- UNIVERSITY OF ILLINOIS - CHICAGO SCHOOL OF LAW, J.D., CUM LAUDE [2022]
- UNIVERSITY OF ILLINOIS - URBANA-CHAMPAIGN, B.S., FINANCE [2017]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### JUSTIN CAPARCO

is an associate at Stephan Zouras, supporting class action litigation across the firm's complex litigation practice. He represents classes of individuals in areas such as privacy, employment, consumer protection, and mass torts.

Before joining Stephan Zouras, Justin was a defense attorney representing clients through all stages of litigation – from pre-suit investigation, to mediation, through trial and appeal. He also significantly assisted in the firm's pro bono practice. Prior to that, he worked at a plaintiff-side firm assisting in cutting-edge litigation in areas such as consumer protection, biometric privacy, data breaches, products liability, and mass torts.

Justin is a member of the Illinois and Indiana Bar Associations, and is admitted to practice in the Northern and Southern Districts of Illinois. He has also been admitted pro hac vice to the Northern District of California, and the District Court of New Mexico.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2022 – PRESENT
- CHICAGO BAR ASSOCIATION; 2022 - PRESENT

## EDUCATION

- UNIVERSITY OF WISCOSIN LAW SCHOOL, J.D. [2022]
- RHODE ISLAND COLLEGE, B.A. ECONOMICS & PHILOSOPHY [2018]



# STEPHAN ZOURAS

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### DANIELLE SWEET

began her legal career as an attorney with the Louisville Metro Public Defender, where she defended the constitutional rights of her clients. There, she had the unique opportunity to sit second chair in a nationally televised murder trial in her first years of practice. In 2021, Danielle continued her career as defense attorney, shifting her practice to civil litigation.

Danielle is an outstanding litigator who brings her unique background and experience to help Stephan Zouras continue securing justice for people. At Stephan Zouras, Danielle will help continue the SZ legacy of protecting the rights of ordinary workers and consumers, in data privacy, cybersecurity, wage and hour, consumer fraud and complex class actions.

Danielle is a member of the Illinois and Kentucky Bar Associations, the United States District Court for the Eastern and Western Districts of Kentucky and the Northern District of Illinois.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- KENTUCKY BAR ASSOCIATION; 2019 – PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2023 - PRESENT

## EDUCATION

- INDIANA UNIVERSITY MAURER SCHOOL OF LAW, J.D. [2019]
- INDIANA UNIVERSITY, B.S. PYSCHOLOGY [2014]



# STEPHAN ZOURAS

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### GILLIAN KIMMONS

After joining the Stephan Zouras team as a law clerk in 2023, Gillian became SZ's newest associate attorney in 2024. Gillian is a dedicated advocate who helps litigate for our clients in state and federal court, with a focus on class actions involving biometric privacy, unpaid wages, cybersecurity, and consumer protection.

Gillian obtained her undergraduate degree at the University of Illinois, Urbana/Champaign. While in law school, Gillian was a member of the Dean's List. Gillian also worked as a research assistant with a focus on international and comparative law, gained experience working in family and personal injury law, and participated as member of the Society of Women in Law.

Gillian is admitted to practice in Illinois and the United States District Court for the Northern District of Illinois.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2024 - PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2024 – PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D. [2024]

- UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, B.S. AGRICULTURAL COMMUNICATIONS [2021]



# STEPHAN ZOURAS

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL



### DAVID J. COHEN

is a highly skilled and successful class-action attorney who joined Stephan Zouras, LLC in 2016. Dave manages our Philadelphia office and has spent his entire career fighting to protect the rights of thousands of healthcare professionals, restaurant workers, transportation workers, IT professionals, shareholders, union members and consumers.

Before joining the private sector, Dave completed a unique clerkship with the Hon. Stephen E. Levin in the Philadelphia Court of Common Pleas, during which he helped to develop a respected and efficient system to resolve the Court's class action cases and contributed to several well-regarded works on class actions.

Dave earned a J.D. from the Temple University School of Law in 1994. While attending law school, Dave was awarded the Barristers Award for excellence in trial advocacy and worked as a teaching assistant for Hon. Legrome Davis (E.D. Pa.) as part of Temple's award-winning Integrated Trial Advocacy program.

Dave is a member of the Pennsylvania and New Jersey Bar Associations, and has been admitted to practice in many courts nationwide, including: the United States Courts of Appeals for the Third and Sixth Circuits and the District Courts of California, Florida, Illinois, Michigan, New Jersey, New York, Pennsylvania, Tennessee and the District of Columbia.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2017-PRESENT
- UNIVERSITY OF CHICAGO ALUMNI INTERVIEWER; 1994-PRESENT
- PENNSYLVANIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- PHILADELPHIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- UNION LEAGUE OF PHILADELPHIA MEMBER; 2001-PRESENT
- STREET TAILS ANIMAL RESCUE FOSTER CARE SPONSOR; 2014-PRESENT
- UNIVERSITY OF CHICAGO "WISR" ALUMNI MENTORING NETWORK; 2017-PRESENT
- PHILADELPHIA BAR ASSOCIATION LEGAL-LINE VOLUNTEER; 2015-2020
- FOUNDATION FOR FIRST RESPONDERS AND FIREFIGHTERS SPONSOR; 1994-2020
- AMERICAN BAR ASSOCIATION MEMBER;1994-2015
- HEAD HOUSE CONSERVANCY BOARD MEMBER; 2008-2015



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL

- AIDS SERVICES IN ASIAN COMMUNITIES (ASAIC) SPONSOR; 1994-2014
- FRIENDS OF INGLIS HOUSE VOLUNTEER; 2001-2014
- OLD CITY CIVIC ASSOCIATION BOARD MEMBER, EXECUTIVE COMMITTEE MEMBER AND SECRETARY; 2002-2014
- TEMPLE UNIVERSITY BEASLEY SCHOOL OF LAW MOOT COURT HONOR SOCIETY JUDGE; 2002-2011

## EDUCATION

- TEMPLE UNIVERSITY SCHOOL OF LAW, J.D. [1994]
- UNIVERSITY OF CHICAGO, B.A. CUM LAUDE [1991]



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Trials, Verdicts and Judgments

| CASE | COURT | JUDGMENT |
| --- | --- | --- |
| Meadows v. NCR Corporation | Northern District of Illinois<br>No. 16-cv-06221 | 5/21/2021 - Jury Verdict (Plaintiff)<br>7/09/2021 - Trial Court Judgment<br>**$225,000** |
| Retaliation Arbitrations | American Arbitration Association<br>Redacted for Confidentiality | 2/2019 & 9/2020 - Arbitration<br>Judgment - **$400,000** |
| Ray v. DISH Network | American Arbitration Association<br>No. 01-15-0003-4651 | 3/17/2019 – Arbitration Judgment<br>**$3,250,000** |
| Franco v. Ideal Mortgage Bankers<br>d/b/a Lend America | Eastern District of New York<br>No. 07-cv-3956 | 12/14/2017 – Trial Court Judgment<br>**$15,200,000** |
| Frisari v. DISH Network | American Arbitration Association<br>No. 18-160-001431-12 | 8/25/2016 - Arbitration Judgment<br>**$2,500,000** |
| Huskey v . Ethicon, Inc. | Southern District of West Virginia<br>No. 2:12-cv-05201 | 9/10/2014 - Jury Verdict (Plaintiff)<br>**$3,270,000** |
| Lee v. THR & Associates, Inc. | Central District of Illinois<br>No. 12-cv-3078 | 5/22/2014 - Trial Court Judgment<br>**$12,200,000** |
| Daniels v. Premium Capital Funding | Eastern District of New York<br>No. 08-cv-4736 | 10/18/2011 - Jury Verdict (Plaintiff)<br>**$9,000,000** |



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Resolved Class and Collective Actions

Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Boyd v. Lazer Spot, Inc. | Northern District of Illinois No. 2018-CV-08173 | 1/31/2024 - Final Approval **$1,750,000** |
| Wagner v. Speedway, LLC | Northern District of Illinois No. 2020-CV-3014 | 1/23/2024 - Final Approval **$583,000** |
| Purnell v. ASG Staffing, Inc. | Circuit Court of Cook County, IL No. 2021-CH-00991 | 1/03/2024 - Final Approval **$4,900,000** |
| Staubus v. Regents of the University of Minnesota | County of Hennepin, MN No. 27-CV-20-8546 | 12/04/2023 - Final Approval **$3,200,000** |
| Valenzuela v. Flexible Staffing | Circuit Court of Cook County, IL No. 2020-CH-06632 | 10/16/2023 - Final Approval **$2,750,000** |
| Tims v. Black Horse Carries, Inc. | Circuit Court of Cook County, IL No. | 10/04/2023 - Final Approval **$803,000** |
| Wilson v. Magna Exteriors Belvidere | Circuit Court of Boone County, IL No. 2020-L-0039 | 8/18/2023 - Final Approval **$2,300,000** |
| Fulton v. SCR Medical Transport, Inc. | Circuit Court of Cook County, IL No. 2020-CH-00927 | 8/16/2023 - Final Approval **$1,400,000** |
| Krause v. Caputo's Fresh Markets | Circuit Court of Cook County, IL No. 2018-CH-11660 | 7/11/2023- Final Approval **$3,400,000** |



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## Representative Resolved Class and Collective Actions

Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Landa v. MJ Holding Co., LLC | Circuit Court of Cook County, IL No. 2020-CH-05247 | 6/22/2023 - Final Approval **$3,100,000** |
| Figueroa v. Tony's Fresh Market | Circuit Court of Cook County, IL No. 2018-CH-15728 | 5/01/2023 - Final Approval **$6,600,000** |
| Heard v. Omnicell, Inc. | Circuit Court of Cook County, IL No. 2019-CH-06817 | 4/06/2023 - Final Approval **$4,300,000** |
| Jones v. Medical Advantage Group | Northern District of Illinois No. 2020-CV-07128 | 3/27/2023 - Final Approval **$700,000** |
| Dennis v. Greatland Home Health Services, Inc. | Northern District of Illinois No. 2019-CV-05427 | 3/23/2023 - Final Approval **$975,000** |
| Meegan v. NFI Industries, Inc. | Northern District of Illinois No. 2020-CV-00465 | 3/09/2023 - Final Approval **$3,500,000** |
| Pruitt v. Par-A-Dice Hotel Casino | Circuit Court of Tazewell County, IL No. 2020-L-000003 | 2/22/2023 - Final Approval **$825,000** |
| Roper v. Verizon | Eastern District of Pennsylvania No. 2018-CV-5270 | 1/19/2023 - Final Approval **$1,300,000** |
| Figueroa v. Kronos, Inc. | Northern District of Illinois No. 2019-CV-01306 | 12/20/2022 - Final Approval **$15,300,000** |



# STEPHAN ZOURAS,LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
stephanzouras.com

## Representative Resolved Class and Collective Actions

Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;

| CASE | COURT | SETTLEMENT |
| --- | --- | --- |
| Brown v. Weathertech | Circuit Court of Cook County, IL No. 2019-CH-00503 | 9/26/2022 - Final Approval **$1,375,000** |
| Bruhn v. Jewel-Osco | Circuit Court of Cook County, IL No. 2018-CH-01737 | 9/08/2022 - Final Approval **$1,575,000** |
| Meier v. Robert Rohrman, et al. | Circuit Court of Cook County, IL No. 2014-CH-11513 | 5/31/2022 - Final Approval **$855,000** |
| Parsons v. Personnel Staffing Group | Circuit Court of Cook County, IL No. 2020-CH-473 | 3/22/2022 - Final Approval **$4,680,000** |
| Mosby v. The Ingalls Memorial Hospital, et al. | Circuit Court of Cook County, IL No. 2018-CH-05031 | 3/14/2022 - Final Approval **$2,420,000** |
| O'Sullivan v. All Star Management, Inc. | Circuit Court of Cook County, IL No. 2019-CH-11575 | 9/02/2021 - Final Approval **$5,850,000** |
| Sanchez v. Visual Pak | Circuit Court of Cook County, IL No. 2018-CH-02651 | 8/10/2021 - Final Approval **$3,500,000** |
| Ramos v. BOX Acquisitions, LLC | Circuit Court of Cook County, IL No. 2020-CH-03887 | 8/05/2021 - Final Approval **$1,380,000** |
| Bedford v. Lifespace Communities, Inc. | Northern District of Illinois No. 2020-CV-04574 | 5/12/2021 - Final Approval **$987,850** |



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Heard v. THC - Northshore, Inc. | Circuit Court of Cook County, IL No. 2017-CH-16918 | 5/05/2021 - Final Approval **$2,250,000** |
| Thome v. Novatime Technology, Inc. | Northern District of Illinois No. 2019-CV-06256 | 3/08/2021 - Final Approval **$14,100,000** |
| Kusinski v. ADP, LLC | Circuit Court of Cook County, IL No. 2017-CH-12364 | 2/10/2021 - Final Approval **$25,000,000** |
| Trayes v. Mid-Con Hospitality Group, LLC | Circuit Court of Cook County, IL No. 2019-CH-11117 | 2/03/2021 - Final Approval **$616,500** |
| Collier v. Pete's Fresh Market | Circuit Court of Cook County, IL No. 2019-CH-05125 | 12/03/2020 - Final Approval **$4,200,000** |
| Bryant v. Loews Chicago Hotel, Inc. | Northern District of Illinois No. 2019-CV-03195 | 10/30/2020 - Final Approval **$1,000,000** |
| Bigger v. Facebook, Inc. | Northern District of Illinois No. 2017-CV-7753 | 10/22/2020 - Final Approval **$1,600,000** |
| Thomas v. Kik Custom Products, Inc. | Circuit Court of Cook County, IL No. 2019-CH-02471 | 9/30/2020 - Final Approval **$1,000,000** |
| Gauzza v. Prospect Medical Holdings, Inc. | Eastern District of Pennsylvania No. 2020-cv-03599 | 9/15/2020 - Final Approval **$1,900,000** |
| Trottier v. Summit Staffing | Circuit Court of Cook County, IL No. 2019-CH-02731 | 8/04/2020 - Final Approval **$1,000,000** |
| Thome v. Flexicorps. Inc. | Circuit Court of Cook County, IL No. 2018-CH-01751 | 7/02/2020 - Final Approval **$1,000,000** |

.



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Stewart v. First Transit, Inc. | Eastern District of Pennsylvania No. 2018-CV-03768 | 12/30/2019 - Final Approval **$1,000,000** |
| Jordan v. Meridian Bank | Eastern District of Pennsylvania No. 2017-CV-05251 | 12/19/2019 - Final Approval **$1,000,000** |
| George v. Schulte Hospitality Group, Inc. | Circuit Court of Cook County, IL No. 2018-CH-04413 | 12/16/2019 - Final Approval **$1,000,000** |
| Watts v. Chicago Lakeshore Hospital | Circuit Court of Cook County, IL No. 2017-CH-12756 | 11/13/2019 - Final Approval **$858,000** |
| Bey v. Walker HealthCare and; Pierce v. Encore Health Resources | Southern District of Texas No. 19-cv-00060 No. 18-cv-04736 | 9/19/2019 - Final Approval **$2,400,000** |
| Dixon v. The Washington & Jane Smith Home | Northern District of Illinois No. 2017-CV-08033 | 8/20/2019 - Final Approval **$1,350,000** |
| Bhattacharya v. Capgemini | Northern District of Illinois No. 2016-CV-07950 | 11/13/18 - Final Approval **$990,000** |
| Carver v. Presence Health Network | Northern District of Illinois No. 15-cv-02905 | 7/10/18 – Final Approval **$20,000,000** |
| Brown v. Health Resource Solutions, Inc. | Northern District of Illinois No. 16-cv-10667 | 4/20/18 – Final Approval **$900,000** |
| Eggleston v. USCC Services, LLC | Northern District of Illinois No. 16-cv-06775 | 2/16/18 – Final Approval **$1,250,000** |
| Kaminski v. Bank of America, N.A. | Northern District of Illinois No. 16-cv-10844 | 2/15/18 – Final Approval **$850,000** |



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
stephanzouras.com

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Donoghue v. Verizon Communications, Inc. | Eastern District of Pennsylvania No. 16-cv-4742 | 11/16/17 – Final Approval **$800,000** |
| Tompkins v. Farmers Insurance Exchange | Eastern District of Pennsylvania No. 14-cv-3737 | 9/27/17 – Final Approval **$775,000** |
| In re Sears Holdings Corporation Stockholder and Derivative Litigation | Court of Chancery of the State of Delaware, No. 11081-VCL | 5/9/17 – Final Approval **$40,000,000** |
| Hauser v. Alexian Brothers Home Health | Northern District of Illinois No. 15-cv-6462 | 4/06/17 – Final Approval **$1,000,000** |
| Leiner v. Johnson & Johnson | Northern District of Illinois No. 15-cv-5876 | 1/31/17 – Final Approval **$5,000,000** |
| Reed v. Friendly's Ice Cream, LLC | Middle District of Pennsylvania No. 15-cv-00298 | 1/31/17 – Final Approval **$3,500,000** |
| Cook v. Bank of America | Northern District of Illinois No. 15-cv-07718 | 8/2/16 – Final Approval **$3,250,000** |
| Lukas v. Advocate Health Care | Northern District of Illinois No. 14-cv-2740 | 6/29/16 – Final Approval **$4,750,000** |
| Price v. NCR Corporation | American Arbitration Association No. 51-610-908-12 | 3/18/15 – Final Approval **$2,950,000** |
| Jones v. Judge Technical Services Inc. | Eastern District of Pennsylvania No. 11-cv-6910 | 12/15/14 – Final Approval **$1,220,000** |
| Ord v. First National Bank of Pennsylvania | Western District of Pennsylvania No. 12-cv-766 | 6/21/13 – Final Approval **$3,000,000** |



# STEPHAN ZOURAS, LLC

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
| --- | --- | --- |
| Pomphrett v. American Home Bank | Eastern District of Pennsylvania No. 12-cv-2511 | 3/14/13 – Final Approval **$2,400,000** |
| Glatts v. Crozer-Keystone Health System | Philadelphia Court of Common Pleas, No. 0904-1314 | 2/06/13 – Final Approval **$1,200,000** |
| Turner v. Mercy Health System | Philadelphia Court of Common Pleas, No. 0801-3670 | 4/20/11 – Final Approval **$2,750,000** |
| Perez v. RadioShack Corporation | Northern District of Illinois No. 02-cv-7884 | 9/14/07 - Final Approval **$9,000,000** |